B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bentley Energy Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Bentley Oil & Gas Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Bentley Energy Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                                                            Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                                             _____
                                             (Name of landlord that obtained judgment)


                                             _____
                                             (Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| Voluntary Petition
*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Bentley Energy Corporation** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _____(signature)_____

**R. GLEN AYERS, JR.**          Bar No. **01467500**

**Langley & Banack, Inc.**
**745 E Mulberry Ave.**
**STE 900**
**San Antonio, TX 78212-3166**

Phone No. **(210) 736-6600**     Fax No. **(210) 735-6889**

_____1/07/10_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Bentley Energy Corporation**

X _____(signature)_____
Signature of Authorized Individual

**Michael R. Ward**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

_____1/07/10_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Bentley Energy Corporation**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Enterprise Products<br>PO Box 972866<br>Dallas, TX 75397-2866 | | Trade Debt | | $146,834.98 |
| Ferrellgas<br>PO Box 1003<br>Liberty, MO 64069 | | Trade Debt | | $40,085.98 |
| Direct Propane Services<br>PO Box 619<br>Manor, TX 78653-0619 | | Trade Debt | | $27,128.48 |
| Landmark American Insurance Company | | Insurance Premium | | $26,567.35 |
| Pickett Systems<br>PO Box 27, Dept. 00<br>Houston, TX 77001 | | Trade Debt | | $25,129.16 |
| Malone & Bailey<br>2925 Bnarpark Drive<br>Suite 930<br>Houston, TX 77042 | | Attorney Fees | | $18,650.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Bentley Energy Corporation**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marshall Propane<br>PO Box 200186<br>San Antonio, TX 78220 | | Trade Debt | | $18,345.29 |
| Valero Marketing & Supply Co.<br>PO Box 300<br>Amarillo, TX 79105-0300 | | Trade Debt | | $17,562.99 |
| Card Services<br>P.O. Box 569100<br>Dallas, TX 75356-9100 | | Trade Debt | | $16,106.82 |
| Cameron County Tax Assessor-Collector<br>PO Box 952<br>Brownsville, TX 78522 | | Taxes | | $15,701.56 |
| Strasburger & Price, LLP<br>Attorneys and Counselors<br>PO Box 849037<br>Dallas, TX 75284-9037 | | Attorney Fees | | $15,527.59 |
| Rural Computer Consultants<br>211 S. 10th Street<br>PO Box 197<br>Bird Island, MN 55310 | | Trade Debt | | $14,620.05 |
| Gas Equipment Company<br>P.O. Box 29242<br>Dallas, TX 75229-0242 | | Trade Debt | | $13,998.91 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Bentley Energy Corporation**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| K Marketing, Inc.<br>PO Box 2030<br>Canyon Lake, TX 78133 | | Trade Debt | | $9,669.52 |
| American Solutions for Business<br>NW # 7794 PO Box 1450<br>Minneapolis, MN 55485-7794 | | Trade Debt | | $8,777.38 |
| Property Tax Appeal & Service<br>5906 Fenway Road<br>Corpus Christi, TX 78466-0162 | | Trade Debt | | $7,550.00 |
| Aetna<br>P.O. Box 894913<br>Los Angleles, CA 90189 | | Trade Debt | | $7,451.40 |
| Yellow Book<br>PO Box 6448<br>Carol Stream, IL 60197 | | Trade Debt | | $6,653.94 |
| Sprint<br>PO Box 660075<br>Dallas, TX 75266-0075 | | Trade Debt | | $5,008.61 |
| Texas Propane Marketing<br>8408 N. IH-35<br>Austin, TX 78753 | | Trade Debt | | $4,800.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:    **Bentley Energy Corporation**                     Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President and CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:_____1/07/10_____     Signature:_____

**Michael R. Ward**
**President and CEO**

IN RE:  **Bentley Energy Corporation**

CASE NO

CHAPTER  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept: | **$7,500.00** |
| Prior to the filing of this statement I have received: | **$7,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____           _____           Bar No.  01467500
Date    1/07/10                    R. GLEN AYERS, JR.
                                   Langley & Banack, Inc.
                                   745 E Mulberry Ave.
                                   STE 900
                                   San Antonio, TX 78212-3166
                                   Phone: (210) 736-6600 / Fax: (210) 735-6889

---

_____
**Michael R. Ward**
**President and CEO**

IN RE:   **Bentley Energy Corporation**                                     CASE NO

                                                                                         CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____1/07/10_____          Signature _____
                                                                                         **Michael R. Ward**
                                                                                         **President and CEO**

Date _____          Signature _____

A-1 Scale Service, Inc.
4807 NW Industrial Drive
San Antonio, TX 78238


Adams Garden Irrigation District
P.O. Box 148
Harlingen, TX 78551


ADT Security Services
PO Box 650485
Dallas, TX 75265-0485


Aetna
P.O. Box 894913
Los Angleles, CA 90189


AFLAC Insurance Company
1932 Wynnton Road
Columbus, Georgia 31999-0797


Airgas Southwest
P.O. Box 676031
Dallas, TX 75267-6031


Allstar Office Solutions
PO Box 129
Santa Rosa, TX 78593


American Solutions for Business
NW # 7794 PO Box 1450
Minneapolis, MN 55485-7794


AmeriPride Linen
PO Box 9055
Corpus Christi, TX 78469-9055

Argus Security Systems
PO Box 41425
Philadelphia, PA 19101


AT&T
PO Box 650661
Dallas, TX 75265-0661


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Bergquiest, Inc.
PO Box 351330
Toledo, OH 43635-1330


Berry
100 Executive Parkway
Hudson, OH 44236-1630


Bobby Cantrell
c/o Jerry L. Stapleton
Stapleton, Curtis & Boswell, LLP
515 E. Harrison, Ste. A
Harlingen, TX 78550

Brownsville Communication Service
PO Box 6155
Brownsville, TX 78523


Buffalo Business Products
PO Box 185399
Fort Worth, TX 76181-0399


Business Card
PO Box 15710
Wilmington, DE 79886-5710

Camacho's Auto Repair
4818 Eldridge
San Antonio, TX 78237


Cameron County Tax Assessor-Collector
PO Box 952
Brownsville, TX 78522


Card Service Center
PO Box 569100
Dallas, TX 75356-9100


Card Services
PO Box 569100
Dallas, TX 75356


Card Services
P.O. Box 569100
Dallas, TX 75356-9100


Carquest Auto Parts
PO Box 849895
Dallas, TX 75284-9895


Cathy C. Talcott, Tax Assessor-Collector
205 N. Seguin Avenue
New Braunfels, TX 78130


Central Air & Heat
2224 S. Sunshine Strip
Suite 96, PMB #120
Harlingen, TX 78550


Centre Plaza
PO Box 82552
Goleta, CA 93118-2552

City of Donna Tax Assessor
301 S. 12th Street
Donna, TX 78337


City of San Antonio
Development Services Department
PO Box 839966
San Antonio, TX 78205


City of Seguin
205 N. River
Seguin, TX 78155


Commercial Billing Service
PO Box 2201
Decatur, AL 35609-2201


Compass Bank
PO Box 192
Birmingham, AL 35201-0192


Continental Utility Solutions, Inc.
PO Box 1515
Jonesboro, AR 72403-1515


Crown Janitorial Services
PO Box 3388
Harlingen, TX 78551


Danny Payton Electric
27484 S. Bass Blvd.
Harlingen, TX 78552


DCP DGL Services
JP Morgan Chase Bank
P.O. Box 201209
Houston, TX 77216-1209

Dick Office Supply
1009 S. 77 Sunshine Strip
Harlingen, TX 78550

Direct Energy
PO Box 650272
Dallas, TX 75265-0272

Direct Propane Services
PO Box 619
Manor, TX 78653-0619

Enterprise Products
PO Box 972866
Dallas, TX 75397-2866

EO & IE Sharp Family Partnership Ltd.
d/b/a Sharp Family Partnership
PO Box 461
San Antonio, TX 78205

Eric Orme
630 FR 180
Helotes, TX 78023

Ernesto Galvan (Valley Propane)

Ferguson Enterprises, Inc.
PO Box 847411
Dallas, TX 75284-7411

Ferrellgas
PO Box 1003
Liberty, MO 64069

First Source Servall
PO Box 671589
Dallas, TX 75267-1589


Gajeske, Inc.
2929 Antoine Drive
Houston, TX 77092-7045


Garnett Causey
c/o Jerry L. Stapleton
Stapleton, Curtis & Boswell
515 E. Harrison, Ste. A
Harlingen, TX 78550

Gas Equipment Company
P.O. Box 29242
Dallas, TX 75229-0242


Gas Service Corp.
8707 Troga Pass
Helotes, TX 78023


Gateway DS Ltd.



GCR Truck Tire Center
1402 N. 77 Sunshine Strip
Harlingen, TX 78550


Gillman Auto Group
PO Box 2246
Harlingen, TX 78551


GVEC
PO Box 118
Gonzales, TX 78629-0118

Harlingen Waterworks
PO Box 1950
Harlingen, TX 78551-1950


Hays County Tax Office
Ruth Clayton
102 LBJ, Courthouse Annex
San Marcos, Texas  78666


Henry's Cash & Carry
PO Box 532376
Harlingen, TX 78553


IESI-Austin
PO Box 141697
Austin, TX 78714


Ikon Financial Services
PO Box 650016
Dallas, TX 75265-0016


Izquierdo Family Practice
24750 Stuart Place Rd
Harlingen, TX 78552


JCF Communications
2300 South Lamar Blvd.
Suite 105
Austin, TX 78704


Jerry L. Stapleton
Stapleton, Curtis & Boswell, LLP
515 East Harrison, Ste. A
Harlingen, TX 78550


Johnny's True Value
914 West Tyler
Harlingen, TX 78550

K Marketing, Inc.
PO Box 2030
Canyon Lake, TX 78133


Ken's Automotive Supply
205 South Gate #3
Harlingen, TX 78552


Kendall Appraisal District
PO Box 788
Boerne, TX 78006-0788


Key Equipment
PO Box 74713
Cleveland, OH 44194-0796


Landmark American Insurance Company


Lane McDuff
PO Box 14311
Fort Worth, TX 76117


Lasar Lux
PO Box 814
Mercedes, TX 78570


Leran Gas Products
PO Box 404295
Atlanta, GA 30384-4295


Lone Star Paving Co.
PO Box 91862
Austin, TX 78709-1862

Loyal American Life Insurance
PO Box 1604
Duncan, OK 73534-1604


Luckey Feed Lot
PO Drawer 1150
Devine, TX 78016


M&S Engineering, Ltd.
PO Box 970
Spring Branch, TX 78070


M. Marshall


Malone & Bailey
2925 Bnarpark Drive
Suite 930
Houston, TX 77042


Marshall Distributing
PO Box 200186
San Antonio, TX 78220


Marshall Propane
PO Box 200186
San Antonio, TX 78220


Meeder Equipment Company
PO Box 12446
Fresno, CA 93777-2446


Merrill Lynch
P.O. Box 7247-0209
Philadelphia, PA 19170-0209

```
Microsoft Financing
CIT Technology Fin Serv., Inc.
PO Box 550599
Jacksonville, FL 32255-0599


Monroe Calculator Company
Lockbox 52873
PO Box 8500
Philadelphia, PA 19178-2873


Neopost
30955 Huntwood Avenue
Hayward, CA 94544


North American Satellite Corp.
PO Box 1778
Goodlettsville, TN 37070-1778


O'Reilly Auto Parts
PO Box 790098
St. Louis, MO 63179-0098


Office of Tavie Murphy
Tax Assessor-Collector
Guadalup Tax Office
307 W. Court Street
Seguin, TX 78155


Olivera Garza




Ozarka
PO Box 856680
Louisville, KY 40285-6680


Palmer Technology Solutions
206 W. Rhapsody
San Antonio, TX 78216
```

Pedernales Electric Corp.
PO Box 1
Johnson City, TX 78636


Pena's Electric Inc.
23899 Wilcox Road
Harlingen, TX 78552


Pickett Systems
PO Box 27, Dept. 00
Houston, TX 77001


Pitney Bowes Global Financial
P. O. Box 856460
Louisville, KY  40285-6460


Property Tax Appeal & Service
5906 Fenway Road
Corpus Christi, TX 78466-0162


PSC
8408 North IH-35
Austin, TX 78753


Purchase Power
PO Box 856042
Louisville, KY 40285


Queen City Laundry
546 South Illinois
Mercedes, TX 78570


Raymond Walter
2209 Lincoln Drive
Abilene, TX 79601

Raymond's Automatic Transmission
2714 East Harrison
Harlingen, TX 78550


Reynaldo's Tire Shop
P.O. Box 1545
Los Fresnos, TX 78566


RSC Equipment Rental
PO Box 840514
Dallas, TX 75284-0514


Rural Computer Consultants
211 S. 10th Street
PO Box 197
Bird Island, MN 55310


Safety Kleen Corp.
PO Box 650509
Dallas, TX 75265-0509


Santex International Trucks
Idealease of San Antonio
PO Box 200007
San Antonio, TX 78219


SARMA
1801 Broadway
San Antonio, TX 78215


Seguin Auto Parts, Inc.
123 W. Cedar
Seguin, TX 78155


Seguin Diesel Truck Service
555 IH-10 East
Seguin, TX 78155

Seguin Welding
12100 FM 725
Seguin, TX 78155


Sentry Technologies, Inc.
PO Box 772258
Houston, TX 77215-2258


SGS Industrial Supplies
2771 Robindale
Brownsville, TX 78526


Sherwin Williams
550 N. Hwy 123, # 196
Seguin, TX 78155


Sprint
P.O. Box 660075
Dallas, TX 75266-0075


Sprint
PO Box 660075
Dallas, TX 75266-0075


Star Welding Supply
733 N. Hwy 123 Bypass
Seguin, TX 78155


Strasburger & Price, LLP
Attorneys and Counselors
PO Box 849037
Dallas, TX 75284-9037


Sylvia S. Romo, CPA, RTA
233 N. Pecos La Trinidad
PO Box 839950
San Antonio, TX 78283-3950

Ted Vega
PO Box 412
Rio Hondo, TX 78583


Tejas Transport Co.
PO Box 10427
Corpus Christi, TX 78460


Texas Excavation Safety System, Inc.
PO Box 678058
Dallas, TX 75267-8058


Texas Propane Gas Association
8408 N. IH-35
Austin, TX 78753


Texas Propane Marketing
8408 N. IH-35
Austin, TX 78753


The Petroleum Club
8620 N. New Braunfels
San Antonio, TX 78217-6394


Time Warner Cable
PO Box 660097
Dallas, TX 75266-0097


Trans Union, LLC
PO Box 99506
Chicago, IL 60693-9506


Travis Downing
2612 Connie Drive
Canyon Lake, TX 78133

Trimble Navigation Limited
Dept. 33209
PO Box 39000
Sunnyvale, CA 94085


Valero Marketing & Supply Co.
PO Box 300
Amarillo, TX 79105-0300


Valley Bottle Water
1401 SPID
Corpus Christi, TX 78416


Valley Ditch Witch, Inc.
949 Cantwell
Corpus Christi, TX 78407


Valley Propane


Victoria Steel Supply Inc.
PO Box 967
Donna, TX 78537


Waste Management
4730 SE Loop 410
San Antonio, TX 78222


WNB


Yellow Book
PO Box 6448
Carol Stream, IL 60197

Zee Medical
PO Box 781591
Indianapolis, IN 46278-8591


ZEP Sales & Service
PO Box 841508
Dallas, TX 75284-1508