B6A (Official Form 6A) (12/07)

In re  **Bentley Energy Corporation**                                   Case No.   **10-0128** _____
                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 14755 West Expressway 83, Cameron County 2.213 acre tract out of Block 142, Adams Gardens "C", Cameron County, TX | Fee simple | | $300,000.00 | $6,500,000.00 |
| | | Total: | **$300,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Bentley Energy Corporation**                                      Case No.  **10-0128**
                                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Western National Bank<br>12800 San Pedro Avenue<br>San Antonio, TX 78216-2045<br>Checking....1269 | | $15,942.15 |
| | | Western National Bank<br>12800 San Pedro Avenue<br>San Antonio, TX 78216<br>Checking....1129 | | $40,666.41 |
| | | BBVA Compass Bank<br>P.O. Box 192<br>Birmingham, AL 35201-0192<br>Checking....8673 | | $16,001.49 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Bentley Energy Corporation**                                          Case No.    **10-0128** _____
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sonterra Energy Corporation Type of Business: Propane Sales Number of shares: 1,000 shares (100%) | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached list (Exhibit "A") | | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bentley Energy Corporation**　　　　　　　　Case No.　**10-0128**　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bentley Energy Corporation**                              Case No.    **10-0128**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached list (Exhibit "B" - List of Vehicles) | Unknown |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached list (Exhibit "C") | Unknown |
| 30. Inventory. | | Propane, Harlingen and Seguin, Texas | $0.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bentley Energy Corporation**                                         Case No.   **10-0128**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | All of Debtor's Accounts, Contract Rights, General Intangibles, Equipment (including but not limited to the rolling stock listed on the attached Exhibit A), and Inventory. | | $2,541,515.00 |

_____4_____ continuation sheets attached          **Total  >**    **$2,614,125.05**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Bentley Energy Corporation**                                    Case No.  __10-0128_____

                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Bentley Energy Corporation**                    Case No.  **10-0128**
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bobby Cantrell**<br>**PO Box 310**<br>**Rio Hondo, TX  78583** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Lone Star (HA)**<br>REMARKS:<br><br>VALUE:          **$716,667.00** | | | | **$716,667.00** | |
| ACCT #:<br><br>**DCP DGL Services**<br>**JP Morgan Chase Bank**<br>**P.O. Box 201209**<br>**Houston, TX 77216-1209** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:          **$486,045.61** | | | | **$486,045.61** | |
| ACCT #:<br><br>**Garnett Causey**<br>**PO Box 310**<br>**Rio Hondo, TX 78583** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Lone Star (HA)**<br>REMARKS:<br><br>VALUE:          **$716,667.00** | | | | **$716,667.00** | |
| ACCT #:<br><br>**M. Marshall** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Marshall Propane**<br>REMARKS:<br><br>VALUE:          **$217,767.00** | | | | **$217,767.00** | |
| | | Subtotal (Total of this Page) > | | | | **$2,137,146.61** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Bentley Energy Corporation**     Case No.   **10-0128**
     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxxxxx6-000**<br><br>**Microsoft Financing**<br>**CIT Technology Fin Serv., Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255-0599** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Computer Server**<br>REMARKS:<br><br>VALUE:          **$23,658.00** | | | | **$23,658.00** | |
| ACCT #:<br><br>**Ted Vega**<br>**PO Box 412**<br>**Rio Hondo, TX 78583** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trade Debt**<br>COLLATERAL:<br>**Lone Star (HA)**<br>REMARKS:<br><br>VALUE:          **$677,366.00** | | | | **$677,366.00** | |
| **Representing:**<br>**Ted Vega** | | **Jerry L. Stapleton**<br>**Stapleton, Curtis & Boswell, LLP**<br>**515 East Harrison, Ste. A**<br>**Harlingen, TX 78550** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Valley Propane** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Lone Star (HA)**<br>REMARKS:<br><br>VALUE:          **$31,033.00** | | | | **$31,033.00** | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$732,057.00**    **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Bentley Energy Corporation**                    Case No.   **10-0128**
                                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx9502**<br><br>**Western National Bank**<br>**12800 San Pedro Avenue**<br>**San Antonio, TX 78216-2045** | | DATE INCURRED: **11/07/2007**<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Lone Star (HA)**<br>REMARKS:<br><br>VALUE: **$2,541,515.00** | | | | **$2,541,515.00** | |
| ACCT #: **xx9770**<br><br>**Western National Bank**<br>**12800 San Pedro**<br>**San Antonio, TX 78216** | | DATE INCURRED: **3/26/08**<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Marshall Propane**<br>REMARKS:<br><br>VALUE: **$2,541,515.00** | | | | **$787,137.00** | **$787,137.00** |
| ACCT #: **xx0286**<br><br>**Western National Bank**<br>**12800 San Pedro**<br>**San Antonio, TX 78216** | | DATE INCURRED: **8/08/08**<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**Furniture, fixtures & equipment**<br>REMARKS:<br><br>VALUE: **$2,541,515.00** | | | | **$463,061.00** | **$463,061.00** |
| | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$3,791,713.00** / **$1,250,198.00** |
| Total (Use only on last page) > | **$6,660,916.61** / **$1,250,198.00** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Bentley Energy Corporation**                                        Case No.   __10-0128_____
                                                                                                      (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____4_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Bentley Energy Corporation**                    Case No. __**10-0128**_____

                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Contributions to employee benefit plans |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Landmark American Insurance Company** | | DATE INCURRED: **2009** CONSIDERATION: **Insurance Premium** REMARKS: | | | | $26,567.35 | $26,567.35 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**4**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| Subtotals (Totals of this page) > | $26,567.35 | $26,567.35 | $0.00 |
|---|---|---|---|
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Bentley Energy Corporation**                                    Case No.   **10-0128**
                                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Cameron County Tax Assessor-Collector** <br> **c/o Diane W. Sanders** <br> **Linebarger Goggan Blair & Sampson** <br> **2700 Via Fortuna Dr., Ste. 400** <br> **Austin, TX 78760-7428** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$15,701.56** | **$15,701.56** | **$0.00** |
| ACCT #: <br> **Cameron County Tax Assessor-Collector** <br> **c/o Diane W. Sanders** <br> **Linebarger Goggan Blair & Sampson** <br> **2700 Via Fortuna Dr., Ste. 400** <br> **Austin, TX 78760-7428** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$1,712.90** | **$1,712.90** | **$0.00** |
| ACCT #: <br> **Cathy C. Talcott, Tax Assessor-Collector** <br> **205 N. Seguin Avenue** <br> **New Braunfels, TX 78130** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$235.27** | **$0.00** | **$235.27** |
| ACCT #: xxxxx9708 <br> **Comptroller of Public Accounts** <br> **P.O. Box 149348** <br> **Austin, TX   78774-9348** | | DATE INCURRED: **11/16/2009** <br> CONSIDERATION: <br> **Texas Margin Tax for Report Year 2** <br> REMARKS: | | | | **$13,565.85** | **$13,565.85** | **$0.00** |
| ACCT #: <br> **Hays County Tax Office** <br> **Ruth Clayton** <br> **102 LBJ, Courthouse Annex** <br> **San Marcos, Texas  78666** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$2,147.37** | **$2,147.37** | **$0.00** |
| ACCT #: <br> **Kendall Appraisal District** <br> **PO Box 788** <br> **Boerne, TX 78006-0788** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$1,603.55** | **$1,603.55** | **$0.00** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$34,966.50** | **$34,731.23** | **$235.27** |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Bentley Energy Corporation**                    Case No. __10-0128_____
                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Office of Tavie Murphy**<br>**Tax Assessor-Collector**<br>**Guadalup Tax Office**<br>**307 W. Court Street**<br>**Seguin, TX 78155** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $266.55 | $266.55 | $0.00 |
| ACCT #:<br>**Sylvia S. Romo, CPA, RTA**<br>**233 N. Pecos La Trinidad**<br>**PO Box 839950**<br>**San Antonio, TX 78283-3950** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $158.69 | $158.69 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___3___ of ___4___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $425.24 | $425.24 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Bentley Energy Corporation**                    Case No. __10-0128_____

                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Langley & Banack, Inc.** <br>**745 E Mulberry Ave.** <br>**STE 900** <br>**San Antonio, TX 78212-3166** | | DATE INCURRED: **01/07/2010** <br>CONSIDERATION: <br>**Attorney Fees** <br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___4___ of ___4___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| **Total >** <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$61,959.09** | | |
| **Totals >** <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$61,723.82** | **$235.27** |

B6F (Official Form 6F) (12/07)

In re  **Bentley Energy Corporation**                    Case No.  **10-0128**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A-1 Scale Service, Inc.**<br>**4807 NW Industrial Drive**<br>**San Antonio, TX 78238** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $271.07 |
| ACCT #:<br>**Adams Garden Irrigation District**<br>**P.O. Box 148**<br>**Harlingen, TX 78551** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $66.30 |
| ACCT #:<br>**ADT Security Services**<br>**PO Box 650485**<br>**Dallas, TX 75265-0485** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $101.97 |
| ACCT #:<br>**Aetna**<br>**P.O. Box 894913**<br>**Los Angeles, CA 90189** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,451.40 |
| ACCT #:<br>**AFLAC Insurance Company**<br>**1932 Wynnton Road**<br>**Columbus, Georgia 31999-0797** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $532.93 |
| ACCT #:<br>**Airgas Southwest**<br>**P.O. Box 676031**<br>**Dallas, TX 75267-6031** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $41.35 |
| | | | | | Subtotal > | $8,465.02 |
| | | | | | Total ><br>(Use only on last page of the completed Schedule F.) | |

_____20_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                                    Case No.   **10-0128**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Allstar Office Solutions**<br>**PO Box 129**<br>**Santa Rosa, TX 78593** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $618.38 |
| ACCT #:<br>**American Solutions for Business**<br>**NW # 7794 PO Box 1450**<br>**Minneapolis, MN 55485-7794** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,777.38 |
| ACCT #:<br>**AmeriPride Linen**<br>**PO Box 9055**<br>**Corpus Christi, TX 78469-9055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $364.67 |
| ACCT #:<br>**Argus Security Systems**<br>**PO Box 41425**<br>**Philadelphia, PA 19101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $95.09 |
| ACCT #:<br>**AT&T**<br>**PO Box 650661**<br>**Dallas, TX 75265-0661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $272.04 |
| ACCT #:<br>**AT&T**<br>**PO Box 650661**<br>**Dallas, TX 75265-0661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $655.98 |

Sheet no. **1** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$10,783.54**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**              Case No.   **10-0128**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | | DATE INCURRED:<br>CONSIDERATION:<br>**Tade Debt**<br>REMARKS: | | | | $442.43 |
| ACCT #:<br>**Bergquiest, Inc.**<br>**PO Box 351330**<br>**Toledo, OH 43635-1330** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $655.98 |
| ACCT #:<br>**Berry**<br>**100 Executive Parkway**<br>**Hudson, OH 44236-1630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,978.37 |
| ACCT #:<br>**Bobby Cantrell**<br>**P.O. Box 310**<br>**Rio Hondo, TX 78583** | | DATE INCURRED:  **1/05/2010**<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS:<br>**Promissory Note for the purchase of Lone Star Propane plus 2 months accrued interest.** | | | | $727,416.66 |
| ACCT #:<br>**Brownsville Communication Service**<br>**PO Box 6155**<br>**Brownsville, TX 78523** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $219.86 |
| ACCT #:<br>**Buffalo Business Products**<br>**PO Box 185399**<br>**Fort Worth, TX 76181-0399** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $75.36 |

Sheet no. ___2___ of ___20___ continuation sheets attached to                     Subtotal >     **$731,788.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
                                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**

Case No.  **10-0128**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 79886-5710** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,820.08 |
| ACCT #: <br> **Camacho's Auto Repair** <br> **4818 Eldridge** <br> **San Antonio, TX 78237** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $857.30 |
| ACCT #: <br> **Card Service Center** <br> **PO Box 569100** <br> **Dallas, TX 75356-9100** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $4,479.87 |
| ACCT #: <br> **Card Services** <br> **PO Box 569100** <br> **Dallas, TX 75356** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $2,538.54 |
| ACCT #: <br> **Card Services** <br> **P.O. Box 569100** <br> **Dallas, TX 75356-9100** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $16,106.82 |
| ACCT #: <br> **Carquest Auto Parts** <br> **PO Box 849895** <br> **Dallas, TX 75284-9895** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $130.08 |

Sheet no. ___3___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $25,932.69

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bentley Energy Corporation**

Case No. **10-0128** _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Central Air & Heat**<br>**2224 S. Sunshine Strip**<br>**Suite 96, PMB #120**<br>**Harlingen, TX 78550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $400.12 |
| ACCT #:<br>**Centre Plaza**<br>**PO Box 82552**<br>**Goleta, CA 93118-2552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | $18,572.00 |
| ACCT #:<br>**City of San Antonio**<br>**Development Services Department**<br>**PO Box 839966**<br>**San Antonio, TX 78205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6.00 |
| ACCT #:<br>**City of Seguin**<br>**205 N. River**<br>**Seguin, TX 78155** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $198.61 |
| ACCT #:<br>**Commercial Billing Service**<br>**PO Box 2201**<br>**Decatur, AL 35609-2201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,789.03 |
| ACCT #:<br>**Compass Bank**<br>**PO Box 192**<br>**Birmingham, AL 35201-0192** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $823.47 |

Sheet no. ____4____ of ____20____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$21,789.23**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bentley Energy Corporation**

Case No. **10-0128**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Continental Utility Solutions, Inc.**<br>**PO Box 1515**<br>**Jonesboro, AR 72403-1515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,299.00 |
| ACCT #:<br>**Crown Janitorial Services**<br>**PO Box 3388**<br>**Harlingen, TX 78551** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $545.20 |
| ACCT #:<br>**Danny Payton Electric**<br>**27484 S. Bass Blvd.**<br>**Harlingen, TX 78552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $92.01 |
| ACCT #:<br>**Dick Office Supply**<br>**1009 S. 77 Sunshine Strip**<br>**Harlingen, TX 78550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $149.19 |
| ACCT #:<br>**Direct Energy**<br>**PO Box 650272**<br>**Dallas, TX 75265-0272** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $663.42 |
| ACCT #:<br>**Direct Propane Services**<br>**PO Box 619**<br>**Manor, TX 78653-0619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $27,128.48 |

Sheet no. ___5___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$29,877.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                    Case No.   **10-0128**
                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Enterprise Products**<br>**PO Box 972866**<br>**Dallas, TX 75397-2866** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $146,834.98 |
| ACCT #:<br>**Ferguson Enterprises, Inc.**<br>**PO Box 847411**<br>**Dallas, TX 75284-7411** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $159.36 |
| ACCT #:<br>**Ferrellgas**<br>**PO Box 1003**<br>**Liberty, MO 64069** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $40,085.98 |
| ACCT #:<br>**First Source Servall**<br>**PO Box 671589**<br>**Dallas, TX 75267-1589** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $41.17 |
| ACCT #:<br>**Gajeske, Inc.**<br>**2929 Antoine Drive**<br>**Houston, TX 77092-7045** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,729.62 |
| ACCT #:<br>**Garnett Causey**<br>**P.O. Box 310**<br>**Rio Hondo, TX 78583** | | DATE INCURRED:  **1/05/2010**<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS:<br>**Promissory Note for purchase of Lone Star Propane plus deferred interest.** | | | | $851,321.52 |

Sheet no. ____**6**____ of ____**20**____ continuation sheets attached to          Subtotal >          **$1,041,172.63**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bentley Energy Corporation**          Case No. **10-0128**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gas Equipment Company**<br>P.O. Box 29242<br>Dallas, TX 75229-0242 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $13,998.91 |
| ACCT #:<br>**Gas Service Corp.**<br>8707 Troga Pass<br>Helotes, TX 78023 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,170.01 |
| ACCT #:<br>**GCR Truck Tire Center**<br>1402 N. 77 Sunshine Strip<br>Harlingen, TX 78550 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,774.58 |
| ACCT #:<br>**Gillman Auto Group**<br>PO Box 2246<br>Harlingen, TX 78551 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $104.00 |
| ACCT #:<br>**GVEC**<br>PO Box 118<br>Gonzales, TX 78629-0118 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $131.58 |
| ACCT #:<br>**Harlingen Waterworks**<br>PO Box 1950<br>Harlingen, TX 78551-1950 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $12.67 |

Sheet no. __7__ of __20__ continuation sheets attached to          **Subtotal >**          **$20,191.75**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**                Case No.  **10-0128**
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Henry's Cash & Carry**<br>**PO Box 532376**<br>**Harlingen, TX 78553** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$33.60** |
| ACCT #:<br>**IESI-Austin**<br>**PO Box 141697**<br>**Austin, TX 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$110.77** |
| ACCT #:<br>**Ikon Financial Services**<br>**PO Box 650016**<br>**Dallas, TX 75265-0016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | **$329.75** |
| ACCT #:<br>**Izquierdo Family Practice**<br>**24750 Stuart Place Rd**<br>**Harlingen, TX 78552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$100.00** |
| ACCT #:<br>**JCF Communications**<br>**2300 South Lamar Blvd.**<br>**Suite 105**<br>**Austin, TX 78704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$122.21** |
| ACCT #:<br>**Johnny's True Value**<br>**914 West Tyler**<br>**Harlingen, TX 78550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$44.35** |

Sheet no. ____**8**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 **$740.68**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                    Case No.   **10-0128**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**K Marketing, Inc.**<br>**PO Box 2030**<br>**Canyon Lake, TX 78133** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9,669.52 |
| ACCT #:<br>**Ken's Automotive Supply**<br>**205 South Gate #3**<br>**Harlingen, TX 78552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $473.77 |
| ACCT #:<br>**Key Equipment**<br>**PO Box 74713**<br>**Cleveland, OH 44194-0796** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $161.56 |
| ACCT #:<br>**Lane McDuff**<br>**PO Box 14311**<br>**Fort Worth, TX 76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,294.35 |
| ACCT #:<br>**Lasar Lux**<br>**PO Box 814**<br>**Mercedes, TX 78570** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $107.17 |
| ACCT #:<br>**Leran Gas Products**<br>**PO Box 404295**<br>**Atlanta, GA 30384-4295** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,855.91 |

Sheet no. ___**9**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$14,562.28**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bentley Energy Corporation**                    Case No. __**10-0128**__

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lone Star Paving Co.**<br>**PO Box 91862**<br>**Austin, TX 78709-1862** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,994.50 |
| ACCT #:<br>**Loyal American Life Insurance**<br>**PO Box 1604**<br>**Duncan, OK 73534-1604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $84.40 |
| ACCT #:<br>**Luckey Feed Lot**<br>**PO Drawer 1150**<br>**Devine, TX 78016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**M&S Engineering, Ltd.**<br>**PO Box 970**<br>**Spring Branch, TX 78070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,247.50 |
| ACCT #:<br>**Malone & Bailey**<br>**2925 Bnarpark Drive**<br>**Suite 930**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $18,650.00 |
| ACCT #:<br>**Marshall Distributing**<br>**PO Box 200186**<br>**San Antonio, TX 78220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $300.00 |

Sheet no. ___**10**___ of ___**20**___ continuation sheets attached to          Subtotal >          $25,576.40
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**                    Case No.  __10-0128_____
                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marshall Propane**<br>**PO Box 200186**<br>**San Antonio, TX 78220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$18,345.29** |
| ACCT #:<br>**Meeder Equipment Company**<br>**PO Box 12446**<br>**Fresno, CA 93777-2446** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$46.26** |
| ACCT #:<br>**Merrill Lynch**<br>**P.O. Box 7247-0209**<br>**Philadelphia, PA 19170-0209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas**<br>**Corporation** | | | | **$300.00** |
| ACCT #:<br>**Michael Ward**<br>**13707 Bluffgate**<br>**San Antonio, TX 78216** | | DATE INCURRED: **01/05/10**<br>CONSIDERATION:<br>**Shareholder loan to company**<br>REMARKS: | | | | **$145,130.86** |
| ACCT #:<br>**Monroe Calculator Company**<br>**Lockbox 52873**<br>**PO Box 8500**<br>**Philadelphia, PA 19178-2873** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$51.01** |
| ACCT #:<br>**MS Marshall Propane, Inc.**<br>**4851 Emil**<br>**San Antonio, TX 78216** | | DATE INCURRED: **01/05/10**<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS:<br>**Promissory Note for the puchase of Marshall**<br>**Propane plus 2 months accrued interest.** | | | | **$219,945.03** |

Sheet no. ___11___ of ___20___ continuation sheets attached to                         Subtotal >          **$383,818.45**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                     (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**

Case No.   **10-0128**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Neopost**<br>**30955 Huntwood Avenue**<br>**Hayward, CA 94544** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | $303.82 |
| ACCT #:<br>**North American Satellite Corp.**<br>**PO Box 1778**<br>**Goodlettsville, TN 37070-1778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,282.25 |
| ACCT #:<br>**O'Reilly Auto Parts**<br>**PO Box 790098**<br>**St. Louis, MO 63179-0098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,774.73 |
| ACCT #:<br>**Ozarka**<br>**PO Box 856680**<br>**Louisville, KY 40285-6680** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $67.18 |
| ACCT #:<br>**Palmer Technology Solutions**<br>**206 W. Rhapsody**<br>**San Antonio, TX 78216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | $1,324.53 |
| ACCT #:<br>**Pedernales Electric Corp.**<br>**PO Box 1**<br>**Johnson City, TX 78636** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $274.40 |

Sheet no. ____**12**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6,026.91**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                                    Case No.   **10-0128**
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pena's Electric Inc.**<br>**23899 Wilcox Road**<br>**Harlingen, TX 78552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,815.20 |
| ACCT #:<br>**Pickett Systems**<br>**PO Box 27, Dept. 00**<br>**Houston, TX 77001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $25,129.16 |
| ACCT #:<br>**Pitney Bowes Global Financial**<br>**P. O. Box 856460**<br>**Louisville, KY  40285-6460** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $50.72 |
| ACCT #:<br>**Property Tax Appeal & Service**<br>**5906 Fenway Road**<br>**Corpus Christi, TX 78466-0162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | $1,190.00 |
| ACCT #:<br>**Property Tax Appeal & Service**<br>**5906 Fenway Road**<br>**Corpus Christi, TX 78466-0162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,550.00 |
| ACCT #:<br>**PSC**<br>**8408 North IH-35**<br>**Austin, TX 78753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $540.65 |

Sheet no. _____**13**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$37,275.73**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**

Case No. **10-0128**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,512.08 |
| ACCT #:<br>**Queen City Laundry**<br>**546 South Illinois**<br>**Mercedes, TX 78570** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $56.64 |
| ACCT #:<br>**Raymond A. Waller**<br>**2209 Lincoln Drive**<br>**Abilene, TX 79601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $206.00 |
| ACCT #:<br>**Raymond's Automatic Transmission**<br>**2714 East Harrison**<br>**Harlingen, TX 78550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,800.00 |
| ACCT #:<br>**Reynaldo's Tire Shop**<br>**P.O. Box 1545**<br>**Los Fresnos, TX 78566** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $231.00 |
| ACCT #:<br>**RSC Equipment Rental**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $242.83 |

Sheet no. **14** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$4,048.55**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**  Case No.  **10-0128**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rural Computer Consultants**<br>**211 S. 10th Street**<br>**PO Box 197**<br>**Bird Island, MN 55310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $14,620.05 |
| ACCT #:<br>**Safety Kleen Corp.**<br>**PO Box 650509**<br>**Dallas, TX 75265-0509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $148.50 |
| ACCT #:<br>**SARMA**<br>**1801 Broadway**<br>**San Antonio, TX 78215** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $43.24 |
| ACCT #:<br>**Seguin Auto Parts, Inc.**<br>**123 W. Cedar**<br>**Seguin, TX 78155** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $98.93 |
| ACCT #:<br>**Seguin Diesel Truck Service**<br>**555 IH-10 East**<br>**Seguin, TX 78155** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,692.88 |
| ACCT #:<br>**Seguin Welding**<br>**12100 FM 725**<br>**Seguin, TX 78155** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $500.00 |

Sheet no. **15** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$19,103.60**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                    Case No.   **10-0128** _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **Sentry Technologies, Inc.** **PO Box 772258** **Houston, TX 77215-2258** | | DATE INCURRED: CONSIDERATION: **Trade Debt** REMARKS: | | | | $324.75 |
| ACCT #: **SGS Industrial Supplies** **2771 Robindale** **Brownsville, TX 78526** | | DATE INCURRED: CONSIDERATION: **Supplies** REMARKS: | | | | $209.23 |
| ACCT #: **Sherwin Williams** **550 N. Hwy 123, # 196** **Seguin, TX 78155** | | DATE INCURRED: CONSIDERATION: **Supplies** REMARKS: | | | | $183.70 |
| ACCT #: **Sprint** **P.O. Box 660075** **Dallas, TX 75266-0075** | | DATE INCURRED: CONSIDERATION: **Trade Debt** REMARKS: **Obligation paid by Bentley Oil & Gas Corporation** | | | | $543.93 |
| ACCT #: **Sprint** **PO Box 660075** **Dallas, TX 75266-0075** | | DATE INCURRED: CONSIDERATION: **Trade Debt** REMARKS: | | | | $5,008.61 |
| ACCT #: **Star Welding Supply** **733 N. Hwy 123 Bypass** **Seguin, TX 78155** | | DATE INCURRED: CONSIDERATION: **Trade Debt** REMARKS: | | | | $391.83 |

Sheet no. ___**16**___ of ___**20**___ continuation sheets attached to                    Subtotal >                 $6,662.05
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                            **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                    Case No.   **10-0128**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Strasburger & Price, LLP**<br>**Attorneys and Counselors**<br>**PO Box 849037**<br>**Dallas, TX 75284-9037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $15,527.59 |
| ACCT #:<br>**Ted Vega**<br>**PO Box 412**<br>**Rio Hondo, TX 78583** | | DATE INCURRED:<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS: | | | | $825.00 |
| ACCT #:<br>**Tejas Transport Co.**<br>**PO Box 10427**<br>**Corpus Christi, TX 78460** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,766.96 |
| ACCT #:<br>**Texas Excavation Safety System, Inc.**<br>**PO Box 678058**<br>**Dallas, TX 75267-8058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $134.90 |
| ACCT #:<br>**Texas Propane Gas Association**<br>**8408 N. IH-35**<br>**Austin, TX 78753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Texas Propane Marketing**<br>**8408 N. IH-35**<br>**Austin, TX 78753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,800.00 |

Sheet no. _____17_____ of _____20_____ continuation sheets attached to        Subtotal >        **$23,054.45**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bentley Energy Corporation**                                    Case No.   **10-0128**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Petroleum Club**<br>**8620 N. New Braunfels**<br>**San Antonio, TX 78217-6394** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Obligation paid by Bentley Oil & Gas Corporation** | | | | $140.69 |
| ACCT #:<br>**Time Warner Cable**<br>**PO Box 660097**<br>**Dallas, TX 75266-0097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $84.48 |
| ACCT #:<br>**Trans Union, LLC**<br>**PO Box 99506**<br>**Chicago, IL 60693-9506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $10.32 |
| ACCT #:<br>**Travis Downing**<br>**2612 Connie Drive**<br>**Canyon Lake, TX 78133** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $780.00 |
| ACCT #:<br>**Trimble Navigation Limited**<br>**Dept. 33209**<br>**PO Box 39000**<br>**Sunnyvale, CA 94085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $212.56 |
| ACCT #:<br>**Valero Marketing & Supply Co.**<br>**PO Box 300**<br>**Amarillo, TX 79105-0300** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17,562.99 |

Sheet no. ____**18**____ of ____**20**____ continuation sheets attached to          Subtotal >          **$18,791.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bentley Energy Corporation**  Case No. **10-0128**
                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Valley Bottle Water**<br>**1401 SPID**<br>**Corpus Christi, TX 78416** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $36.00 |
| ACCT #:<br>**Valley Ditch Witch, Inc.**<br>**949 Cantwell**<br>**Corpus Christi, TX 78407** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $29.99 |
| ACCT #:<br>**Valley Propane, Inc.**<br>**P.O. Box 2843**<br>**McAllen, TX 78502** | | DATE INCURRED: **01/05/10**<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS:<br>**Promissory Note for the purchase of Valley Propane, Inc.** | | | | $26,431.05 |
| ACCT #:<br>**Victoria Steel Supply Inc.**<br>**PO Box 967**<br>**Donna, TX 78537** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $84.88 |
| ACCT #:<br>**Waste Management**<br>**4730 SE Loop 410**<br>**San Antonio, TX 78222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $251.30 |
| ACCT #:<br>**Yellow Book**<br>**PO Box 6448**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,653.94 |

Sheet no. ___19___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$33,487.16**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bentley Energy Corporation**          Case No.  **10-0128**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Zee Medical**<br>**PO Box 781591**<br>**Indianapolis, IN 46278-8591** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $213.69 |
| ACCT #:<br>**ZEP Sales & Service**<br>**PO Box 841508**<br>**Dallas, TX 75284-1508** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $412.14 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___20___ of ___20___ continuation sheets attached to          **Subtotal >**   $625.83
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**   $2,463,773.95
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Bentley Energy Corporation**                              Case No.  **10-0128**
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Centre Plaza**<br>PO Box 82552<br>Goleta, CA 93118-2552 | Lease of San Antonio Administrative office<br>Contract to be ASSUMED |
| **EO & IE Sharp Family Partnership Ltd.**<br>d/b/a Sharp Family Partnership<br>108 Main Street<br>Smithville, TX 78220 | Property Lease<br>Lease of Seguin office |
| **Eric Orme**<br>630 FR 180<br>Helotes, TX 78023 | Lease storage site<br>150 feet of frontage along 410<br>Contract to be ASSUMED |
| **Ernesto Galvan (Valley Propane)** | Donna Office (month-to-month renewal)<br>Contract to be ASSUMED |
| **Gateway DS Ltd.** | Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Bentley Energy Corporation**                     Case No.  __10-0128_____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Key Equipment**<br>PO Box 74713<br>Cleveland, OH 44194-0796 | Equipment Lease (month-to-month)<br>Copier lease<br>Contract to be ASSUMED |
| **Luckey Custom Feedlot, Inc.**<br>PO Box 200186<br>San Antonio, TX 78220 | Lease of 12,000 gallon storage tank<br>Contract to be ASSUMED |
| **Marshall Distributing**<br>PO Box 200186<br>San Antonio, TX 78220 | Office Lease (Emil Road)<br>Contract to be ASSUMED |
| **MN Marshall Propane, Inc.**<br>4851 Emil<br>San Antonio, TX 78216 | Cmmercial Lease - Storage Facility Lease<br>Contract to be ASSUMED |
| **Olivera Garza**<br>P.O. Box 2843<br>McAllen, TX 78502 | Storage Lease<br>Lease Donna Storage<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Bentley Energy Corporation**

Case No. __10-0128_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Santex International Trucks**<br>Idealease of San Antonio<br>4300 Highway 90 East<br>San Antonio, TX 78219 | Lease of truck with platform crane, including maintenance Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Bentley Energy Corporation**                    Case No. <u>**10-0128**</u>
                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  **Bentley Energy Corporation**                    Case No.    **10-0128**

                                                        Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $300,000.00 | | |
| B - Personal Property | Yes | 5 | $2,614,125.05 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $6,660,916.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $61,959.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $2,463,773.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 39 | $2,914,125.05 | $9,186,649.65 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Bentley Energy Corporation**                                    Case No.  __10-0128_____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***President and CEO***_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**41**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __01/29/2010_____        Signature ___**/s/ Michael R. Ward**_____
                                                                      ***Michael R. Ward***
                                                                      ***President and CEO***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re: **Bentley Energy Corporation**          Case No. **10-0128** _____

                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Bentley Energy Corporation**                     Case No.  **10-0128** _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☑  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

### 10. Other transfers

None ☑  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **Bentley Energy Corporation**                     Case No.   **10-0128** _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 13. Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Bentley Energy Corporation**                    Case No.  **10-0128**
                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**18. Nature, location and name of business**

None
☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☑

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **Bentley Energy Corporation**                    Case No.    **10-0128**  _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **01/29/2010**  _____        Signature   **/s/ Michael R. Ward** _____
                                                                    **Michael R. Ward**
                                                                    **President and CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*